**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| Mcleod-Lopez<br>Demandante<br>v.<br><br>Dumeng-Juarbe<br>Demandados | Núm. Civil 3:2023-cv-01273-FAB<br><br><br>PROGRAMA PRO BONO |

### NOTIFICACIÓN DE NOMBRAMIENTO DE ABOGADO

El día 17 de julio de 2023, el Tribunal emitió una orden (ECF Núm. 5), ordenando la designación de un abogado para la parte peticionaria Matthew C Mcleod-Lopez, conforme con la Regla Local 83L según se indica a continuación.

1. El abogado nombrado para representar a la parte peticionaria en este caso es:

   **Lic. Natalia Marín-Catalá**
   *Dirección Postal:*
   270 Muñoz Rivera Ave. 9th Floor
   San Juan, Puerto Rico  00918
   *Teléfono:*  7872505648 787-599-6195
   *Correo Electrónico:*  nmc@mcvpr.com

2. El abogado nombrado se comunicará con la parte peticionaria dentro de los próximos treinta (30) días para una consulta inicial.

3. Por lo tanto, todos los procedimientos en esta acción quedan suspendidos por treinta (30) días a partir de la fecha de esta notificación, para darle suficiente tiempo al abogado para que se reúna con la parte peticionaria y se prepare para su representación.

4. La parte peticionaria podrá solicitar al Tribunal que releve al abogado designado y le nombre uno/a nuevo/a.  Esta solicitud se debe hacer dentro de los primeros treinta (30) días a partir de la consulta inicial de la parte peticionaria con el abogado aquí nombrado.  Si se demuestra que hay justa causa, el Tribunal puede extender el periodo de tiempo.

5. Si se nombrase a un/a segundo/a abogado/a y posteriormente se le relevase a solicitud de la parte peticionaria, no se le nombrará más abogados en este caso a no ser que se demuestre contundentemente que hay motivo fundado para ello.

**POR ORDEN DEL TRIBUNAL.**

En San Juan, Puerto Rico, este día 18 de julio de 2023.

Lcda. Ada I. García Rivera, CPA
Secretaria del Tribunal

Por:  S/JORGE SOLTERO PALES
Subsecretario del Tribunal