**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **MATHEW C. MCLEOD-LOPEZ,** *Plaintiff,* v. **DUMENG-JUARBE et al,** *Defendants.* | **CIVIL NO.: 23-1273 (RAM)** |

**NOTICE OF APPEARANCE**

Please note and enter the appearance of the undersigned as counsel for **Mr. Mathew C. McLeod-Lopez**.

Under policy of the Federal Public Defender for the District of Puerto Rico, notice of electronic filings are requested to be made jointly to the case assigned AFPD's email, to the Federal Public Defender at PRX_Notifications, and to Rafael_Rivera@fd.org.

December 21, 2023

**RACHEL BRILL**
Federal Public Defender,
District of Puerto Rico

**s/KEVIN E. LERMAN\***
Research & Writing Attorney
USDC-PR G03113
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org

**\*I CERTIFY**: I ECF-filed this notice, notifying the parties of record.