IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Mathew C. McLeod Lopez<br>Plaintiff<br><br>v.<br><br>Madilyn Dumeng Juarbe ,et als<br>Defendants | Civ. 23-1273 RAM |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

NOW COMES Plaintiff Matthew C. McLeod Lopez through the undersigned pro-bono counsel and respectfully states and prays :

Plaintiff Mathew McLeod Lopez was notified of the pleading filed by the undersigned counsel ,at DE #38, by email to : matthewcmcleod069@gmail.com and by telephone in a conference held .

WHEREFORE it is respectfully requested the Court take notice of the contents of this pleading and that Plaintiff has been notified of the pleading filed at DE 38.

Respectfully submitted in San Juan, Puerto Rico this 5th of June , 2024 .

### CERTIFICATE OF SERVICE

It is certified that on this date this motion is being filed through the Clerk of the Court through the CM/ ECF filing system, which will automatically notify counsel for the parties of record .

S/*Lydia Lizarribar Masini*
Lydia Lizarribar Masini
USDC 124301
G 14 Oneill St Suite A

San Juan , PR 00918  
Tel. 787-525-5462  
lizarribarlaw@gmail.com